DONALD KETCHAM, PETITIONER, *v.* STATE OF MONTANA, RESPONDENT.

No. 13177.
Decided Oct. 3, 1975.
541 P.2d 68.

## ORDER

PER CURIAM:

Petitioner, an indigent inmate of the Montana State Prison, seeks in this original proceeding to secure a transcript for purposes of appellate relief. His petition in the district court for that purpose was denied because the time for appeal had expired. This ruling was correct since petitioner was sentenced on March 21, 1975, and the 60 days provided for such appeal by section 95-2405(e), R.C.M.1947, had expired on May 21, 1975.

Petitioner may seek a post-conviction hearing under sections 95-2601 to 2608, R.C.M.1947, but that application must be made in the district court.

The relief sought here is denied.